**Infringement Claim Chart for US8617160B2 v. Parcus Medical LLC ("Defendant")**

| Claims | Evidence |
|---|---|
| **A device for the implantation into osseous material to facilitate healing,** comprising: | The defendant's product Draw Tight™ Suture-Based Anchors is a device for implantation into bone (i.e., osseous material) in order to facilitate healing. <br><br> **Draw Tight™ Suture-Based Anchors** <br> Draw Tight Suture-Based Anchors are recommended for use in both large and small-joint repairs. Made with UHMWPE and a natural PEEK-OPTIMA power tip. <br><br> Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors <br><br> **Features & Benefits** <br><br> **Small insertion footprint & sub-cortical fixation** <br> • Bone sparing <br><br> **Deployment sutures** <br> • Tactile confirmation the anchor has been successfully deployed <br><br> **PEEK power tip** <br> • Delivers improved insertion and a solid core for stronger fixation <br><br> Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors |

1

### Draw Tight Anchors (English)

**1. Indications**

The Parcus Draw Tight Anchors are indicated for attachment of soft tissue to bone. This product is intended for the following indications:

| | |
|---|---|
| Shoulder | Rotator Cuff Repair, Acromioclavicular Separation Repair, Bankart Lesion Repair, Biceps Tenodesis, Capsular Shift or Capsulolabral Reconstruction, Deltoid Repair, SLAP Lesion Repair. |
| Knee | Medial Collateral Ligament Repair, Lateral Collateral Ligament Repair, Posterior Oblique Ligament Repair, Extra Capsular Reconstruction, Iliotibial Band Tenodesis, Patellar Ligament and Tendon Avulsion Repair. |
| Foot/Ankle | Lateral Stabilization, Medial Stabilization, Midfoot Reconstruction, Achilles Tendon Repair, Hallux Valgus Reconstruction, Metatarsal Ligament Repair. |
| Elbow | Tennis Elbow Repair, Biceps Tendon Reattachment. |
| Hand/Wrist | Scapholunate Ligament Reconstruction, Ulnar or Radial Collateral Ligament Reconstruction, TFCC. |

Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210225120754688.pdf



Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors

2



Source: https://player.vimeo.com/video/105796018?autoplay=1&loop=1



Source: https://player.vimeo.com/video/105796018?autoplay=1&loop=1

3

| | |
|---|---|
| an elongated tubular body wherein the elongated tubular body contains; | The defendant's product Draw Tight™ Suture-Based Anchors is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes an inserter handle (i.e., an elongated tubular body).  Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors  Source: https://parcusmedical.com/_wss/clients/196/assets/c196_resources/20200427152842218.pdf  Tap the Draw Tight Anchor into the hole until the handle of the driver contacts the end of the Drill Guide handle. Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20170313165803658.pdf |

4

| | |
|---|---|
| | Remove the sutures from the driver handle and remove the driver and guide

Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20170313165803658.pdf

Delivers improved insertion and a solid core for stronger fixation

Source: https://parcusmedical.com/_wss/clients/196/assets/c196_resources/20200427152842218.pdf

3.2mm Awl w/Handle

Source: https://parcusmedical.com/_wss/clients/196/assets/c196_resources/20200427152842218.pdf |
| a) a mobile elongated rod; | The defendant's product Draw Tight™ Suture-Based Anchors is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes an inserter handle (i.e., an elongated tubular body) where the elongated tubular body comprises an elongated rod.



Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors |



Source: https://player.vimeo.com/video/105796018?autoplay=1&loop=1



Source: https://parcusmedical.com/_wss/clients/196/assets/c196_resources/20200427152842218.pdf



Source: http://www.tecnimedimplantes.com.br/pdf/parcus/catalogo-draw-tight.pdf

| | |
|---|---|
| an anchoring element attached to the elongated tubular body; and | The defendant's product Draw Tight™ Suture-Based Anchors is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes an inserter handle (i.e., an elongated tubular body) where the elongated tubular body comprises an elongated rod and anchoring element attached to the elongated tubular body.<br><br>**Features & Benefits**<br>**Small insertion footprint & sub-cortical fixation**<br>• Bone sparing<br>**Deployment sutures**<br>• Tactile confirmation the anchor has been successfully deployed<br>**PEEK power tip**<br>• Delivers improved insertion and a solid core for stronger fixation<br><br>Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors<br><br><br><br>Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors |

7



Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210111150235194.pdf



Source: https://player.vimeo.com/video/105796018?autoplay=1&loop=1



Source: https://player.vimeo.com/video/105796018?autoplay=1&loop=1

| | |
|---|---|
| a driver attached to the elongated rod | The defendant's product Draw Tight™ Suture-Based Anchors is a device for implantation into bone (i.e., osseous material) includes an elongated tubular body where tubular body comprises an elongated rod, anchoring element, and a Knob (i.e., a driver) attached to the body.<br><br><br><br>Source: https://parcusmedical.com/_wss/clients/196/assets/c196_resources/20200427152842218.pdf<br><br><br><br>Source: https://www.parcusmedical.com/products/product_info/8843_Draw-Tight-Suture-Based-Anchors |

| | |
|---|---|
| | **PEEK POWER TIP**<br>• Provides solid core translating to stronger fixation<br>• <u>Driver/implant interface designed to improve performance and reliability</u><br><br>**DEPLOYMENT SUTURES**<br>• Provide tactile feedback for positive fixation<br><br>**SIZING**<br>• Offered in 1.8mm to better accommodate the anatomy of the glenoid<br><br>Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20170313165803658.pdf<br><br>Remove the sutures from the driver handle and remove the driver and guide (if used).<br><br>Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210225120754688.pdf |
| wherein the driver can move substantially along the length of the | The defendant's product Draw Tight™ Suture-Based Anchors is a device for implantation into bone (i.e., osseous material) includes an elongated tubular body where, tubular body comprises a mobile elongated rod, an anchoring element, and a Knob (i.e., a driver) attached to the body. The Knob (i.e., a driver) can move substantially along the length of the elongated tubular body and the anchoring element engage the surrounding osseous material. |

| | |
|---|---|
| **elongated tubular body and** engages the anchoring element **thereby causing the anchoring element to** protrude laterally through the elongated tubular body and **engage the surrounding osseous material.** | <br>Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20170313165803658.pdf<br><br><br>Source: https://player.vimeo.com/video/105796018?autoplay=1&loop=1 |

11



Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20170313165803658.pdf

Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210225120754688.pdf

Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210225120754688.pdf

| | > Note: When using a Drill Guide, the Draw Tight Suture Anchor is to be placed through the guide. The Depth indicators on the driver, drill, and awl are keyed to the guides to insure proper anchor insertion depth. |
| --- | --- |
| | Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210225120754688.pdf |
| | > Taking care to follow the axis of the prepared hole, insert the Draw Tight Suture Anchor so that the circumferential line closest to the tip of the driver is flush with the surrounding bone. |
| | Source: https://www.parcusmedical.com/_wss/clients/196/assets/c196_resources/20210225120754688.pdf |