UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Distribution Intelligence Systems, LLC,<br><br>     Plaintiff,<br> v.<br><br>Parcus Medical, LLC,<br><br>     Defendant. | Case No. 1:22-cv-01521-WCG |

**JOINT MOTION TO APPROVE STIPULATION TO
EXTEND CASE DEADLINES IN VIEW OF SETTLEMENT**

  Plaintiff Distribution Intelligence Systems, LLC and Defendant Parcus Medical, LLC have reached an agreement in principle to settle this action, and for that reason the parties jointly move the Court to approve the parties' stipulation to extend all case deadlines for 30 days in order to allow sufficient time to finalize and execute a settlement agreement, and file a dismissal of this action under Rule 41.

  WHEREFORE, Plaintiff Distribution Intelligence Systems, LLC and Defendant Parcus Medical, LLC request that the Court enter an order extending all case deadlines for 30 days.

Dated this 7th day of April 2023.                    Dated this 7th day of April 2023.

*/s/ Anne M. Reynolds*                               */s/ Stephen M. Lobbin*
Anne M. Reynolds (SBN 1102617)                       Stephen M. Lobbin (admitted in E.D. WI)
CASIMIR JONES, S.C.                                  SML Avvocati P.C.
2275 Deming Way, Suite 310                           888 Prospect Street, Suite 200
Middleton, WI 53562                                  La Jolla, CA 92037
T: 608.662.1277                                      T: 949.636.1391
E: amreynolds@casimirjones.com                       E: sml@smlavvocati.com

*Attorney for Defendant Parcus Medical, LLC*         *Attorneys for Plaintiff Distribution Intelligence Systems, LLC*