UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DISTRIBUTION INTELLIGENCE
SYSTEMS LLC,

      Plaintiff,

      v.                                                     Case No. 22-C-1521

PARCUS MEDICAL LLC,

      Defendant.

---

## ORDER

---

On April 7, 2023, the parties advised the court that they had reached a settlement in this matter. The court entered an order on April 11, 2023, directing the parties to file a motion to dismiss this case or a stipulation of dismissal within 30 days. To date, the parties have neither filed a stipulation of dismissal nor requested an extension of time to do so. Accordingly, this case is dismissed.

**SO ORDERED** at Green Bay, Wisconsin this <u>24th</u> day of May, 2023.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge